**Fill in this information to identify your case:**

| Debtor 1 | Charisse | N. | Taylor |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number   16 – 12067
(if known)

☐ Check if this is an amended filing

*FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 08 2016
JEFFREY P. ALLSTEADT, CLERK*

## Official Form 103B

# Application to Have the Chapter 7 Filing Fee Waived          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:       Tell the Court About Your Family and Your Family's Income**

1. **What is the size of your family?**
   *Your family* includes you, your spouse, and any dependents listed on *Schedule J: Your Expenses* (Official Form 106J).

   *Check all that apply:*
   ☑ You
   ☐ Your spouse
   ☑ Your dependents          6                    7
                         How many dependents?      Total number of people

2. **Fill in your family's average monthly income.**

   Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

   Do not include your spouse's income if you are separated and your spouse is not filing with you.

   Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

   Subtract any non-cash governmental assistance that you included above.

   **Your family's average monthly net income**

   |  | That person's average monthly net income (take-home pay) |
   |---|---|
   | You ............... $ | 1,298.00 |
   | Your spouse .... + $ | 0.00 |
   | Subtotal............ $ | 1,298.00 |
   | — $ | 417.00 |
   | Total................ $ | 881.00 |

3. **Do you receive non-cash governmental assistance?**
   ☐ No
   ☑ Yes. Describe............

   Type of assistance
   Food Stamps

4. **Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
   ☑ No
   ☐ Yes. Explain. ............

5. **Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

   I am the sole provider of me and my six dependents. I really need a fresh start. Please, consider waiving my court fee.

Debtor 1 ___Charisse_____N._____Taylor_____    Case number (if known) _____
        First Name    Middle Name    Last Name

---

| Part 2: | Tell the Court About Your Monthly Expenses |

6. **Estimate your average monthly expenses.**
   Include amounts paid by any government assistance that you
   reported on line 2.    $_____1,488.00

   If you have already filled out *Schedule J, Your Expenses,* copy
   line 22 from that form.

7. **Do these expenses cover anyone**    ☑ No
   **who is not included in your family**    ☐ Yes. Identify who........ [                    ]
   **as reported in line 1?**

8. **Does anyone other than you**    ☑ No
   **regularly pay any of these**    ☐ Yes. How much do you regularly receive as contributions? $_____0.00 monthly
   **expenses?**
   If you have already filled out
   *Schedule I: Your Income,* copy the
   total from line 11.

9. **Do you expect your average**    ☑ No
   **monthly expenses to increase or**    ☐ Yes. Explain ............... [                    ]
   **decrease by more than 10% during**
   **the next 6 months?**

---

| Part 3: | Tell the Court About Your Property |

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    *Examples:* Money you have in
    your wallet, in your home, and on
    hand when you file this application    Cash:    $_____0.00

11. **Bank accounts and other deposits**
    **of money?**
    *Examples:* Checking, savings,    Institution name:    Amount:
    money market, or other financial    Checking account:    _____    $_____0.00
    accounts; certificates of deposit;    Savings account:    _____    $_____0.00
    shares in banks, credit unions,
    brokerage houses, and other    Other financial accounts:    _____    $_____0.00
    similar institutions. If you have
    more than one account with the    Other financial accounts:    _____    $_____0.00
    same institution, list each. Do not
    include 401(k) and IRA accounts.

12. **Your home?** (if you own it outright or
    are purchasing it)    Number    Street    Current value:    $_____0.00
    *Examples:* House, condominium,    _____    Amount you owe
    manufactured home, or mobile home    City    State    ZIP Code    on mortgage and    $_____0.00
                                                                      liens:

13. **Other real estate?**    Current value:    $_____0.00
    Number    Street    _____    Amount you owe
    City    State    ZIP Code    on mortgage and    $_____0.00
                                 liens:

14. **The vehicles you own?**    Make: _____
    *Examples:* Cars, vans, trucks,    Model: _____    Current value:    $_____0.00
    sports utility vehicles, motorcycles,    Year: _____    Amount you owe
    tractors, boats    Mileage _____    on liens:    $_____0.00

    Make: _____
    Model: _____    Current value:    $_____0.00
    Year: _____    Amount you owe
    Mileage _____    on liens:    $_____0.00

---

Debtor 1  Charisse     N.         Taylor
          First Name   Middle Name   Last Name

Case number (if known) _____

**15. Other assets?**

Do not include household items and clothing.

Describe the other assets:

[                                    ]

Current value:          $_____0.00

Amount you owe on liens:  $_____0.00

**16. Money or property due you?**

*Examples*: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, workers' compensation, personal injury recovery

Who owes you the money or property?

_____

_____

How much is owed?

$_____0.00

$_____0.00

Do you believe you will likely receive payment in the next 180 days?

[✓] No

[ ] Yes. Explain:

[                    ]

---

**Part 4:  Answer These Additional Questions**

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

[ ] No

[✓] Yes. Whom did you pay? *Check all that apply:*

[ ] An attorney

[✓] A bankruptcy petition preparer, paralegal, or typing service

[ ] Someone else _____

How much did you pay?

$_____100.00

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

[✓] No

[ ] Yes. Whom do you expect to pay? *Check all that apply:*

[ ] An attorney

[ ] A bankruptcy petition preparer, paralegal, or typing service

[ ] Someone else _____

How much do you expect to pay?

$_____0.00

**19. Has anyone paid someone on your behalf for services for this case?**

[✓] No

[ ] Yes. Who was paid on your behalf? *Check all that apply:*

[ ] An attorney

[ ] A bankruptcy petition preparer, paralegal, or typing service

[ ] Someone else _____

Who paid? *Check all that apply:*

[ ] Parent

[ ] Brother or sister

[ ] Friend

[ ] Pastor or clergy

[ ] Someone else

How much did someone else pay?

$_____0.00

**20. Have you filed for bankruptcy within the last 8 years?**

[✓] No

[ ] Yes. District _____ When _____ Case number _____
                                        MM/ DD/ YYYY

District _____ When _____ Case number _____
                              MM/ DD/ YYYY

District _____ When _____ Case number _____
                              MM/ DD/ YYYY

---

**Part 5:  Sign Below**

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

x _Charisse Taylor_                    x _____
Signature of Debtor 1                    Signature of Debtor 2

Date _4/8/16_                            Date _____
     MM / DD / YYYY                           MM / DD / YYYY

**Fill in this information to identify the case:**

Debtor 1    Charisse      N.      Taylor
      First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number   16 – 12067
(if known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[ ] **Denied.** The debtor must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |
| **Total** | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____ ,
   Month / day / year                       Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

_____       **By the court:** _____
Month / day / year                          United States Bankruptcy Judge